UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS W. FROEHLKE, | Case No. EDCV 13-1868 JGB(DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HOMECOMINGS FINANCIAL NETWORK, INC., et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on December 4, 2013, IT IS ORDERED AND ADJUDGED that Bank of America, NA and ReconTrust Company, NA are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 1, 2014

JESUS G. BERNAL
United States District Judge