JS - 6    O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS W. FROEHLKE,<br><br>           Plaintiff,<br><br>  v.<br><br>HOMECOMINGS FINANCIAL NETWORK, INC., et al.,<br><br>           Defendants. | Case No. EDCV 13-01868-JGB (DTBx)<br><br>**JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    On October 15, 2013, Plaintiff Douglas W. Froehlke filed his Complaint against Defendants Bank of America, NA, ReconTrust Company, NA, and Homecomings Financial Network, Inc. (Doc. No. 1.) Along with the Complaint, Plaintiff moved for a temporary injunction, which Defendants Bank of America, NA and ReconTrust Company, NA opposed on November 4, 2013. (Doc. Nos. 5-6.) Bank of America, NA and ReconTrust Company, NA also moved to dismiss on November 8, 2013. (Doc. No. 12.) The Court denied Plaintiff's motion for a temporary injunction, granted the motion to dismiss, and dismissed Bank of America, NA and ReconTrust Company, NA from the

action without prejudice on December 4, 2013. (Doc. No. 22.)  Judgment dismissing these two Defendants without prejudice was entered on April 1, 2014.  (Doc. No. 26.)

No proof of service is on file for Defendant Homecomings Financial Network, Inc. ("Homecomings"), and it has not appeared in this action.  On April 1, 2014, the Court issued an order to show cause why the case should not be dismissed as to the remaining Defendant Homecomings for lack of prosecution.  (Doc. No. 27.)  The Court put Plaintiff on notice that failure to respond to the order would be deemed consent to the dismissal of the action.  (Id.)

As of the date of this Order, Plaintiff has not responded to the order to show cause, nor has he filed proof of service as to Homecomings.  Plaintiff has not filed anything in this action since January 27, 2014.  (Doc. No. 25.)

Accordingly, the Court DISMISSES Homecomings from Plaintiff's Complaint WITHOUT PREJUDICE.  Since no Defendants remain in this action, the Complaint is DISMISSED WITHOUT PREJUDICE, and the Clerk shall close the file.  The Court orders that such judgment be entered.

Dated: May 15, 2014

JESUS G. BERNAL
United States District Judge

JS-6